UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 13-CR-00291-BLW-1 |
|---|---|
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Marisa Belle Hawk, | |
| Defendant. | |

On June 17, 2014, Defendant appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written notice of intent to plead guilty. The Defendant executed a written waiver of the right to have the presiding United States District Judge take her change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the Indictment, the maximum penalties applicable, her constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the recommendations of the parties as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, her counsel, and the government, finds that there is a factual basis for the Defendant's guilty plea, that she entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted.

## RECOMMENDATION

Based upon the foregoing, the Court being otherwise fully advised in the premises, the Court **hereby RECOMMENDS that:**

1) The District Court accept **Defendant Marisa Belle Hawk's** plea of guilty to Count **1 of the Indictment**, and that a pre-sentence report be ordered.

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

Dated June 17, 2014.

Honorable Larry M. Boyle
United States Magistrate Judge